**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7470**

———————

ELDON LOWELL YOCUM,

Petitioner - Appellant,

versus

MARYLAND UNIT TEAM,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-97-636-5-F3)

———————

Submitted: March 12, 1998     Decided: March 25, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eldon Lowell Yocum, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Yocum v. Maryland Unit Team</u>, CA-97-636-5-F3 (E.D.N.C. Sept. 25, 1997). Appellant's motion to remand is denied as is his request for certiorari. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>